CAPITOL WINE & SPIRIT CORP., Appellant, *v.* LOUIS I. POKRASS et al., Respondents, et al., Defendants.

Argued March 6, 1951; decided April 12, 1951.

*Barney B. Fensterstock, Harry Zalkin* and *Israel Akselrod* for appellant.

*William G. Mulligan, Lewis B. Greenbaum* and *Edwyn Silberling* for Louis I. Pokrass and others, respondents.

*Thomas Kiernan* and *Philip H. Weeks* for Harry Davis, *amicus curiæ*, in support of respondents' position.

Judgment and order affirmed, with costs, upon the ground that section 61 of the General Corporation Law is a bar to the maintenance of this action. Second question certified answered in the negative. Other questions certified not answered. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 302 N. Y. 840.]